FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 12, 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jones, Donnie Lee <br><br> Defendant. | Case No.: SACR 97-93 AHS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Backgrd, cmty ties unknown; bail resources unknown; conduct in absconding from supervision; recent substance abuse___

1
2
3          and/or
4   B.     ☒ The defendant has not met his/her burden of establishing by clear and
5          convincing evidence that he/she is not likely to pose a danger to the safety of any
6          other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7          finding is based on ___extensive criminal history record___
8
9
10
11
12
13          IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.
15
16   DATED:  __8/12/09__                    _____
17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28